**Phyllis KING, Plaintiff–Appellant,**

v.

**TOWN OF WAYNESVILLE, d/b/a Waynesville Utilities, Town of Waynesville, North Carolina; A. Lee Galloway, in his capacity as Town Manager for the Town of Waynesville, North Carolina and his sucessors, if any, in that capacity; John Doe, present or former employee of the Town of Waynesville; Jane Doe, present or former employee of the Town of Waynesville, Defendants–Appellees.**

No. 03–1581.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 29, 2003.

Phyllis King, Apellant Pro Se. Frank G. Queen, Brown, Queen & Patten, P.A., Waynesville, North Carolina, for Appellees.

Before MICAHEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Phyllis King appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her claims under the Truth in Lending Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See King v. Town of Waynesville*, No. CA–02–55–1–T (W.D.N.C. filed Apr. 14, 2003 & entered Apr. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*